IN THE UNITED STATES DISTRICT COURT
FOR THE **WESTERN** DISTRICT OF **KY**
Bowling Green DIVISION

*(Write the District and Division, if any, of the court in which the complaint is filed.)*

**FILED**
JAMES J. VILT JR,
CLERK
1/31/2023
U.S. DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Brandy Kay Glass

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Polyconcept North America, Cara Boyd, Tom Medice, Gretchen Lochard

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 1:23-CV-14-GNS
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☑ No
*(check one)*

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

    Name    Brandy K. Glass
    Street Address    335 Rollin Harbison Rd.
    City and County    Summer Shade (Metcalfe)
    State and Zip Code    KY 42166
    Telephone Number    (Home) 270.428.4014 (Cell) 270.670.7836
    E-mail Address    brandyglass77@gmail.com

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

    Name    Polyconcept North America (PCNA) / Leedsworld
    Job or Title (if known)    Company
    Street Address    400 Hunt Valley Rd.
    City and County    New Kensington, Westmoreland County
    State and Zip Code    PA, 15068
    Telephone Number    1-800-860-1555 or 724-334-9000
    E-mail Address (if known)    N/A

Defendant No. 2

    Name    Cara Boyd
    Job or Title (if known)    Customer Success Manager
    Street Address    5264 Carnegie Street
    City and County    Pittsburgh, Alleghany County

2

State and Zip Code        PA, 15301
Telephone Number          412.761.9222    952.215.7069
E-mail Address            cboyd@pcna.com
(if known)

Defendant No. 3

Name                      Tom Medice
Job or Title              HR Senior Generalist
(if known)
Street Address            1213 State Route 56E
City and County           Appollo, Armstrong County
State and Zip Code        PA, 15613
Telephone Number          724.478.5449    724.882.7051
E-mail Address            tmedice@pcna.com
(if known)

Defendant No. 4

Name                      Gretchen Lockard
Job or Title              HR Manager
(if known)
Street Address            698 Sunrise Drive
City and County           Leechsburg, Armstrong County
State and Zip Code        PA, 15656
Telephone Number          724.567.5004    724.681.6862
E-mail Address            glockard@pcna.com
(if known)

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question     ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title VII - Civil Rights Act : Intentional Discrimination by Harrassment in violation of the ADA, USC 5th + 14th Amendments of Due Process in formal hearings, USC Article 6 : Right to Earn a Living, Title 10: 921, 121 : Larceny & Wrongfull Appropriation Title 31 C: 3729 False Claims, Title 18 5242 Willful Deprivation of Constitutional Rights

B. **If the Basis for Jurisdiction Is Diversity of Citizenship** * please see additional pages for more issues in this case *

1. The Plaintiff(s)

    a. If the plaintiff is an individual

        The plaintiff, *(name)* __Brandy K. Glass__, is a citizen of the State of *(name)* __Kentucky__.

    b. If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

        The defendant, *(name)* __Cara Boyd, Tom Madice, Gretchen Lochard__, is a citizen of the State of *(name)* __Pennsylvania__. Or is a citizen of *(foreign nation)* _____.

4

b. If the defendant is a corporation

The defendant, (name) __Poly Concept North America__, is incorporated under the laws of the State of (name) __Pennsylvania & Ky (in this case)__ and has its principal place of business in the State of (name) __Pennsylvania__. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy __Requesting $5 Million in Relief for violations in total__

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

__The extent of wrong doing with intention and of evil design, numerous violations of federal & state laws in addition to Constitutional rights. Neglected to provide fair & unbias procedures in investigation, falsified reasons to _____ terminate b/c of discrimination, deprived right to make living & then continued to lie about it when denial unemployment caused extreme anxiety, depression & emotional distress of not only myself but also of husband, caused personal issues in my marriage as a result of her actions and the company never even looked into it, she is still employed as a person of authority of today (1/25/2023) as one the two employees & He who signed form ever as 1__

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__(Please see additional pages for all statements of claim)__

5

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*Please see additional pages*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Jan 28, 2023

Signature of Plaintiff    Brandy Kay Glass
Printed Name of Plaintiff    Brandy Kay Glass

### B. For Attorneys

Date of signing: _____, 20__.

6

**Plaintiff: Brandy Kay Glass**
**Defendants: Polyconcept North America (PCNA), Cara Boyd, Tom Medice, Gretchen Lockard**

**Page 4, Section A: If the Basis for Jurisdiction is a Federal Question**

**U.S. Constitution Violations:**
5th and 14th Amendments- Due Process was in no way provided throughout the entirety
Article 6- Violation of Right to Make a Living

**Federal Statutes in Violation:**
Title VII Civil Rights- Intent to Discriminate by Retaliation/Harassment & Creating a Hostile Work Environment in Violation of the ADA
Title 10, Section 921:121 Larceny and Wrongful Appropriation
Title 18, Section 241 Conspiracy Against Rights
Title 18, Section 242 Willful Deprivation of Constitutional Rights
Title 31 False Claims Act- Knowingly presented false claims to a government agency (KY UI)
Title 49B, Chapter 7(C), 1540.103 Fraud and Intentional Falsification of Record
KRS 56.030 Forgery in 2nd Degree (Escalated to Federal Jurisdiction b/c false information presented to government agency and false information transmitted between two different states)

**Page 5, Section III: Statement of Claims:**

**In violation of U.S. Constitutional Rights:**
All procedures of Due Process were intentionally neglected by Cara Boyd, Tom Medice and Gretchen Lockard, including the company's own protocol for my suspension that occurred on June 29, 2022, investigation procedures, conversations that provided me with credibility were completely deleted during the investigation period, there was no mention or proof provided of any evidence justifying my suspension or termination, lack of notification of a formal meeting on June 29 to converse of my actions and intentions (which were very minor) in a meeting that lasted for almost an hour while I was being questioned over Microsoft Teams Chat messaging by Cara Boyd (conversation in it's entirety will be used as evidence), the entire ordeal was malicious and of evil design and screams deceitfulness and wrong doing from the very beginning from the first video call I received at 11:00AM(EST) on June 29, 2022 to my suspension at 4:57PM(EST) that afternoon and throughout the 6 day investigation period until my termination which I received on July 5, 2022 at 4:18pm EST, all of falsified violations without any mention of evidence or documentation of Cara's actions or record of accountability including the written notification of termination I received in the mail a few days later that only stated I had violated a company policy, when I was given three violations in our conversation on the phone when she terminated me.

**In violation of Rights to Earn a Living:** In addition to the lack of due process, I was also stripped of my right to earn a living when Cara Boyd not only falsified the reasons to terminate my employment on July 5, 2022. From the very beginning it was very evident that Cara was "out to get me" but to follow through with her evil design to ensure I had no source of income even after I was no longer with the company by denying my unemployment with false violations was beyond reckless. . It was thoughtless

and inhumane to knowingly terminate me under false pretenses, all because of my recent serous health condition. However to continue to harass me after she deceitfully forced me out of the company proves she should not be in a position of authority over any living being because she will go to great lengths to get her way regardless of the consequences and without any thought of how her actions affect others.

**In Violation of Title VII Civil Rights Act-Workplace Discrimination/ Harassment & Retaliation/ Creating a Hostile Work Environment:**

On June 14, 2022 I notified my direct supervisor, Roni Dilick, of a serious health condition and that my doctor removed me from work for the rest of the week to have test and other appointments. On June 16, 202, I notified Crystal Aul in Human Resources of the situation as well. I returned to work for my first cup 8 hour day on June 27, 2022, in which I received a message regarding the company's trainer, Paul Rhodes and a request to interview me which turned out to be part of an investigation of Mr. Rhodes in regards to racial discrimination that happened during our training class. Although the handbook clearly states that investigations require the suspension of the employee as standard protocol, Paul Rhodes was not suspended nor terminated for the incident occurring that resulted in his investigation. Two days later, on June 29, 2022 is when I was questioned, provided evidence proving my innocence, suspended regardless of evidence to conduct an investigation and then terminated six days later. I feel that Cara Boyd retaliated against me because of my serious health condition in fear it would end up costing the company money. She proceeded to harass me by questioning me for over two hours over Team's chat messaging at the very same time they were meeting to discuss my intentions and actions, in which I had already provided more than sufficient evidence showing I was only acting on the customers' request for information. I provided detailed documentation including the customer's phone number he called from, the exact time he called, the extent of our conversation and the email I sent to him with the information he had requested of me, in addition to his response which resulted in a positive customer experience. After receiving and being dismissed only a few minutes later from the initial video call from Cara the morning of June 29, 2022 at 11:00AM EST, I was immediately contacted by Morgan Gengo, (who had just been promoted to a managerial position) on Teams' Chat asking me to log out of the call system and into emails only (which is only reserved for employees of seniority in the company and I had only been out of class training for a few weeks). I responded to Morgan and told her I would as soon as I ended the call I was on and then I went on to explain the ordeal that had happened and said I thought I had provided the evidence to Cara that would straighten it all out, but I never received a response from Morgan, which was very unusual. This entire conversation was deleted during the investigation period. Later that day I was suspended and then the very next day, June 30, 2022 I was contacted by Cara Boyd on the phone, where she continued to question me, but with the exact same questions I had answered the day before over the chat messages. I explained my actions and reasons for such to her again patiently and was told that I was not to access anything on the work computer nor contact anyone in the company and that she would conduct the investigation as quickly as possible and let me know the findings and results as soon as she was finished. Six days later I was terminated all with false violations and one that wasn't even against company policy and is widely and frequently done by many employees, especially ones new in training to help learn the extensive amount of information by printing some of the charts, etc for easier access when on the phone with customers and to familiarize myself with the information, as well. I consider her actions in retaliation of my recent health condition and justify it as harassment as I was singled out and subjected to different rules as others in company in addition to the manner in which the questioning took place, no procedures or due process, documentation or record of accountability on her behalf were taken to provide fairness or unbiased results and it ended with her falsifying my termination.

**In a Willfully Deprivation of Constitutional Rights:** Cara Boyd committed outrageous acts and went above and beyond to falsify records and reasons to terminators me employment, in addition to proceeded to deny my unemployment benefits in the same reckless manner all knowingly and willfully with an intent to violate federal and state law as well as constitutional rights. Her behavior and actions clearly show a conspiracy to deprive me of my right to make a living and her intentions to not document any of her own actions to provide accountability or due diligence.

**In Conspiracy to Violate Constitutional Rights:** With evil design, Cara Boyd plotted to ensure my termination from the company with no intentions of allowing me to look at evidence (in which was never even mentioned verbally) nor defend myself of the accusations or evidence (or lack of in this case). Because Mrs. Boyd met with Tom Medice, Gretchen Lockard and Roni (Veronica) Dilick at the very beginning of this situation and then proceeded to carry out the actions in which resulted in my termination by fraudulent and deceptive actions and the fact there were more than two authoritative company representatives who were in charge of everything entailed with my job and duties of such I believe it was conspired from the beginning and ended adversely with my termination and then proceeded to carry it through even after I had been forced out of the company when denying my unemployment under false pretenses, as well.

**In Violations of Falsifying Business Records:** Cara Boyd, Tom Medice and Gretchen Lockard intentionally made false statements regarding violations that never happened on my behalf in order to terminate my employment. They also made false statement on record to a government agency when they denied my unemployment benefits with falsified reasons for termination.

**In Violation of Larceny and Wrongful Appropriation:** Cara Boyd, as a company representative in an authoritative position to make decisions that could alter and result in adverse effects of not only myself in a financial manner, but also stating on company record I was in violation when in reality she was the one violating numerous company policies, in addition to state and federal law in place to prevent these exact acts of discrimination.

**In Regards to violating Federal Laws and False Claims:** Cara Boyd committed theses violations with deliberation and evil design to knowingly violate federal law against discrimination and falsified documents to a government agency in an attempt to save the company money by providing false information to the Kentucky unemployment agency.

**In Violation of Forgery in the. 2nd Degree, Escalated to Federal Jurisdiction:** Because Cara Boyd provided false documents to a government agency constitutes forgery in the 2nd degree, but when this information crosses state lines or involves more than one state it falls into a federal jurisdiction in violation of Federal Statutes and is punishable in criminal law.

**In Regards to all of the Violations and PCNA's Role in the Adverse Actions:** Although it was likely not known by company officials above Cara Boyd's position in the company, the company however was notified of a complaint on two separate occasions. First when I filed an appeal for unemployment

benefits and provided a sworn statement of the reckless behavior and then again when the official charge was filed with the EEOC and the company was notified of such violations or a possibility of violations. The company should have, at this point, conducted their own investigation of this highly ranked manager, in addition to Tom Medice and Gretchen Lockard in Human Resources because they too had an obligation to ensure the accusations in question were in fact true and not some sort of plot against a new employee with a promising future with the company. Instead of looking into the matter further when notified by either agency, the company looked the other way and continued to let these employees hold their authoritative positions and carry on as if nothing had ever happened. It is sad that when I was being investigated for wrong doing and in fact had only did my job well, the ones conducting my investigation were actually the perpetrators who should have been investigated for major offenses that have the potential to ruin companies. This company's standards and procedures needs a serous overhaul and people of positions who are willing to take the time to do the right thing and ensure ones who aren't acting in the best interest of everyone involved, based on facts of findings and with fairness and unbiased judgement. It is company's actions like this that justify having these federal laws in place because some of them think they can do whatever they want to do regardless of the damage done.

**In Regards to Tom Medice, Gretchen Lockard and Roni Dilick Role in the Case:** Although I can't prove these employees carried out the majority of the actions that led to discrimination against me or wrongful termination that resulted from it, I do however hold them just as accountable because it was their job duty as well as a moral obligation to ensure no one is being discriminated against and that company policies and procedures that are in place for good reason are being followed. Instead of being sure these actions were taken for the right reasons, they just took Cara's word for it and signed off on the papers to terminate my employment and violate numerous laws without giving it a second thought or provide me with any type of due diligence. Employees in authoritative positions such as Human Resource Generalist, HR Manager and Department supervisor has an obligation to not only the company but also to it's most precious resource, it's employees as well. This company ended up losing a very valuable employee who had committed no wrong doings of any type, was good at their job and already showing tons of promise with customer compliments and managers' approval but kept employees that are ultimately costing this company tons of money, getting rid of loyal employees and creating hostile work environment because of their reckless actions. Because these were the people in positions I should have been able to turn to in this situation but instead had a hand in discriminating against me, creating a hostile work environment and ultimately forcing me out of the company with fraudulent claims, I hold them all accountable the same as they had been the one committing the violations in this case.

## Page 6, Section IV- Relief:

I am requesting that the court orders a total of $5,000,000 because of the extent of the violations, the number of federal laws in violation, including intentional and wanton discrimination because of a serious health condition, violations of constitutional rights including my right to earn a living. This company has a record of court appearances for similar violations and seems to continue without regard for the laws set in place to prevent these inhumane acts. To my knowledge the defendants I have listed in this case are all still with the company and in positions to continue wrongfully terminations,

discriminating against protected classes, and taking whatever measures or means necessary to do such. The number of reckless acts committed, the number of authoritative employees that were in conspiracy against me, and the fact that they are still in those positions should be offensive to anyone who has ever been wrongfully accused of anything and is a disgrace to the company and should be perceived as such. . I was totally devastated when I was terminated for false accusations and many months later I am still extremely upset about it. It has caused numerous emotional issues, including depression, anxiety, bleeding ulcers, emotional distress, in not only myself, but of my husband as well. It has also caused physical issues such as insomnia, loss of appetite and distress to my body. In addition, it has caused significant financial issues, personal problems at home and issues in my marriage, not only regarding financial issues, but it has also raised questions from others of my work ethic, morals and values that resulted in arguments between friends and family. . My employment record is also compromised because it shows I was in violation of well known policies when in fact I was not.

   I have completely quit socializing with anyone, have no interests in things that once were important to me and have made it my mission to ensure these employees and this company never does this to anyone else again. I have lost not only compensation of my wages, but also health and life insurance benefits for my family as well. The reckless actions of these employees and this company allowing it, have caused many problems within my life, which I was once happy with. If I had committed a violation I would understand and justify the termination, but not in this manner and certainly not because of falsified reasons because of a conspiracy to discriminate.

   I have spent almost every single day (and a lot of night) since this happened, conducting research, filling out paperwork, making calls to lawyers, talking to the EEOC investigators, and preparing this case. As I have done all the work that a lawyer would have done, I think I should also be compensated for that time and effort, as I wouldn't be in this situation if it weren't for these employees discrimination and fraudulence against me. This outrageous behavior should in no way be rewarded or allowed to continue as it is simply not right. I am going through all of this emotionally because I loved my job and I did nothing wrong, but I am doing all of this physically because I don't want to see others go through the same thing. I am asking that the court consider a significant amount of the relief requested as punitive damages in an effort to make an example of this company, as they are a world wide known company, leader in their industry and don't seem to comprehend they are not above the law.

   In addition to this amount of money, I would also like to request that there are additional procedures, training and/or similar devices put in place within this company to ensure this never happens to anyone else. It is heartbreaking to lose a job you love (this was the only I have ever held in my life that I can honestly say I absolutely loved and was really good at), but to lose a job you love because of someone else's pettiness and fraudulent behavior is outrageous and honestly strips you of everything both internally and externally. It is sad to know these employees are still with this company after what they did to me, when in fact they should have been the ones under investigation. I would also like to say that if given this amount in relief, I would like to start a nonprofit organization that helps employees of large companies in similar situations.

   Ultimately I am asking the court to rule what is fair, to not let this have all happened and all my efforts to prevent it to be for nothing. This is a billion dollar a year company whom thinks they are above the law and have no consequences to their actions, mostly because of a lack of evidence in past cases that were unsuccessful. However I believe I have the evidence to show this company is totally at fault in this case and has went to extreme measures to knowingly violate not only federal laws, but U.S. Constitutional rights as well.