UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 1:23-CV-00014-CRS

BRANDY K. GLASS	PLAINTIFF

v.

POLYCONCEPT NORTH AMERICA, INC., *et al*	DEFENDANTS

## ORDER AND JUDGMENT

In accordance with the Memorandum Opinion entered on this date, Defendants' Motion for Summary Judgment **(DN 63)** is hereby **GRANTED** as to all claims. Accordingly, the plaintiff's claims are hereby dismissed with prejudice and the Court enters this Judgment in favor of defendants Polyconcept North America, Inc. and Leedsworld, Inc. and against plaintiff Brandy Kay Glass as to all claims. The Clerk of Court **shall strike** this matter from the active docket of the Court. There being no just reason for delay in its entry, this is a final and appealable Order and Judgment. **IT IS SO ORDERED**.

September 16, 2025

Charles R. Simpson III, Senior Judge
United States District Court